```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18106
   BRYAN K BEAUCHAMP
   DUSANKA BEAUCHAMP                            CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-5792      SSN XXX-XX-6400


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/03/07 and confirmed on 02/22/08.

    2.  The case was dismissed after confirmation, 05/08/2008.

    3.  The Debtor paid a total of $   1700.00 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
CITIMORTGAGE              CURRENT MORTG        .00              .00            .00
CITIMORTGAGE              MORTGAGE ARRE        .00              .00            .00
AMERICREDIT FINANCIAL     SECURED VEHIC    7699.86            58.96         837.91
ADVANCED PAIN & ANESTHES  UNSECURED       NOT FILED            .00            .00
AFNI                      UNSECURED       NOT FILED            .00            .00
AT&T MOBILITY LLC         UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED            .00            .00
CITIBANK                  UNSECURED       NOT FILED            .00            .00
DELNOR COMMUNITY HOSPITA  UNSECURED       NOT FILED            .00            .00
DELNOR COMMUNITY HOSPITA  UNSECURED       NOT FILED            .00            .00
FAIRVIEW DENTAL           UNSECURED       NOT FILED            .00            .00
ASSET MANAGEMENT OUT      UNSECURED       NOT FILED            .00            .00
RJM ACQUISITIONS LLC      UNSECURED       NOT FILED            .00            .00
SPRINT NEXTEL             UNSECURED       NOT FILED            .00            .00
TRI CITY RADIOLOGY        UNSECURED       NOT FILED            .00            .00
US DEPT OF EDUCATION      UNSECURED            .00             .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   7699.86        .00          .00         .00       7699.86
PRINCIPAL PAID        837.91        .00          .00         .00        837.91
INTEREST PAID          58.96        .00          .00         .00         58.96
TOTAL PAID            896.87        .00          .00         .00        896.87
The Debtor's attorney, RUDDY MILROY & KING           , was allowed $   3500.00
and was paid $   2226.00  direct and $    712.66  through the plan.

The Trustee received $     90.47 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE